IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES J. HAAG,

    Plaintiff,

v.                                   Case No. 4:21-cv-333-AW-MAF

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 29, 2021 Report and Recommendation, ECF No. 8, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It appears Plaintiff has abandoned this case.

It is now ORDERED:

1.    The Report and Recommendation (ECF No. 8) is adopted.

2.    The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute."

3.    The clerk will close the file.

SO ORDERED on October 28, 2021.

                                                   s/ *Allen Winsor*
                                                 United States District Judge